HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-238 RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO CONTINUE TRIAL AND |
| | ) | PRETRIAL MOTIONS DEADLINE |
| MICHAEL DAVID MATHISEN, | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered Defendant's unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE   - 1
*USA v. Mathisen, CR19-238RAJ*

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of January 21, 2020 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that Defendant's unopposed motion (Dkt. #22) is GRANTED. The trial date in this matter shall be continued from January 21, 2020 to July 13, 2020, at 9:00 a.m.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than May 21, 2020.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of July 13, 2020, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 27th day of November, 2019.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE  - 2
*USA v. Mathisen*, CR19-238RAJ

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590