The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DAVID MATHISEN,<br><br>Defendant. | CASE NO.  CR19-238 RAJ<br><br>ORDER VACATING TRIAL DATE<br>AND SETTING STATUS HEARING |

THIS COURT having considered the Motion of the United States for a continuance of the trial date and the facts set forth therein, and General Order 08-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, hereby FINDS as follows:

1. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of this disease as well as the lack of the type of personal protective equipment necessary to ensure the health and safety of all participants it is not possible at this time to proceed with a jury trial.

ORDER VACATING TRIAL DATE
AND SETTING STATUS HEARING
*United States v. Mathisen,* CR19-238 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Further, because of the recommendations that individuals at higher risk of contracting this disease –including individuals with underlying health conditions, individuals age 60 and older, and individuals who are pregnant – avoid large groups of people, at this time, it would be difficult, if not impossible, to get a jury pool that would represent a fair cross section of the community.   Based on the recommendations it would also be medically inadvisable to do so.

3. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial.

IT IS THEREFORE ORDERED that the Government's Motion (Dkt. #26) is GRANTED.  The trial date of July 13, 2020 is hereby VACATED.

IT IS FURTHER ORDERED that the parties shall participate in a status conference on **August 28, 2020 at 2:30 p.m.**  The purpose of the status conference will be to discuss a date on which the trial can be scheduled and take place without any potential impact on the health of all participants or the community.

IT IS FURTHER ORDERED that the period time from the date of this order up to and including July 31, 2020, shall be excludable time pursuant to 18 U.S.C. § 3161 and General Order 08-20.

DATED this 16th day of June, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER VACATING TRIAL DATE
AND SETTING STATUS HEARING
*United States v. Mathisen,* CR19-238 RAJ - 2